**FILED**

JUL 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONALD SAMSON,
   Plaintiff,

vs.

LEE C. VIOLETT, CHIEF POLICE
ALEX ROHLEDER, OFFICER
GOVERNORS, GRAY DAVIS &
ARNOLD SCHWARZENEGGER
   Defendant.

CASE NO. C 07 3923 CW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, DON SAMSON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __n/a_____ Net: __n/a_____

Employer: __n/a_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  PP INDUSTRIAL PLUMMING (?)
5  GROSS: (APPROX.) 500.— (?)
6  NET: (APPROX.) 400.— (?)
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or          Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,        Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                    Yes ___ No ✓
14      d.   Pensions, annuities, or           Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.   N/A
21  _____
22  _____
23  3.    Are you married?                     Yes ___ No ✓
24  Spouse's Full Name: N/A
25  Spouse's Place of Employment: N/A
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ N/A           Net $ N/A
28  4.    a.   List amount you contribute to your spouse's support: $ N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  J.V (22)    200.— A MNTH?
6  M.V (14)    200.— A MNTH?
7  5.  Do you own or are you buying a home?      Yes ___ No ✓
8  Estimated Market Value: $ n/a    Amount of Mortgage: $ n/a
9  6.  Do you own an automobile?                 Yes ___ No ✓
10 Make n/a       Year n/a     Model n/a
11 Is it financed? Yes ___ No ___ If so, Total due: $ n/a
12 Monthly Payment: $ n/a
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: n/a
15 
16 Present balance(s): $ n/a
17 Do you own any cash? Yes ___ No ✓ Amount: $ n/a
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20                                          n/a
21 8.  What are your monthly expenses?
22 Rent: $ n/a                    Utilities: n/a
23 Food: $ n/a                    Clothing: n/a
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 n/a                  $ n/a                   $ n/a
27 n/a                  $ n/a                   $ n/a
28 n/a                  $ n/a                   $ n/a

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

n/a

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

n/a

n/a

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 4, 2007

DATE                                                     SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _DONALD SAMSON_ for the last six months a
[prisoner name]
at _HIGH DESERT STATE PRISON_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _4.15_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _20.91_

Dated: _7-25-07_     _[signature]_
[Authorized officer of the institution]

CALIFORNIA DEPARTMENT OF CORRECTIONS
HIGH DESERT STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 25, 2007

ACCOUNT NUMBER : K80595　　　　　　　　BED/CELL NUMBER:
ACCOUNT NAME   : SAMSON, DONALD C　　　ACCOUNT TYPE: I
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/01/2007 | | BEGINNING BALANCE | | | | | 100.72 |
| 02/20 | W536 | COPAY CHARGE | 2843 01/10 | | | 5.00 | 95.72 |
| 02/27 | FC01 | DRAW-FAC 1 | 2992 A 3RD | | | 95.72 | 0.00 |
| 03/22 | FR01 | CANTEEN RETUR | 603258 | | | 0.02- | 0.02 |
| 03/23 | W516 | LEGAL COPY CH | 2300 02/24 | | | 0.02 | 0.00 |
| 04/04*| U054 | INMATE PAYROL | 13 3413 03 | | 2.29 | | 2.29 |
| 05/09*| U054 | INMATE PAYROL | 13 3827 04 | | 7.61 | | 9.90 |
| 05/17 | FC01 | DRAW-FAC 1 | 3940 A 3RD | | | 9.90 | 0.00 |
| 06/07*| U054 | INMATE PAYROL | 13 4167 05 | | 6.85 | | 6.85 |
| 07/11*| U054 | INMATE PAYROL | 13 9098 06 | | 8.00 | | 14.85 |
| 07/19 | FC01 | DRAW-FAC 1 | 0248 A 3RD | | | 14.85 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/21/03　　　　　　　　CASE NUMBER: SC52426
COUNTY CODE: SM　　　　　　　　　　　　　FINE AMOUNT: $ 220.00

| DATE | TRANS | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 01/01/2007 | | BEGINNING BALANCE | | 92.32 |
| 04/04/07 | UR54 | RESTITUTION DEDUCTION-SUPPORT | 2.53- | 89.79 |
| 05/09/07 | UR54 | RESTITUTION DEDUCTION-SUPPORT | 8.45- | 81.34 |
| 06/07/07 | UR54 | RESTITUTION DEDUCTION-SUPPORT | 7.60- | 73.74 |
| 07/11/07 | UR54 | RESTITUTION DEDUCTION-SUPPORT | 8.87- | 64.87 |

```
* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

```
                CALIFORNIA DEPARTMENT OF CORRECTIONS
                      HIGH DESERT STATE PRISON
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD JAN. 01, 2007 THRU JUL. 25, 2007

ACCT: K80595      ACCT NAME: SAMSON, DONALD C.        ACCT TYPE: T

                         TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 100.72 | 24.75 | 125.47 | 0.00 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 0.00 |

*[Stamp: THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS BY [signature] TRUST OFFICE]*