Don Samson   K. 80595
C.S.P - Solano  21-W-4M
P.O Box 4000
Vacaville, Ca. 95696 - 4000

Files

RECEIVED

United States District Court
Northern District Of California  AUG - 2 2007
    U.S. Courthouse   (Clerk)
450 Golden Gate Avenue
San Francisco, Ca. 94102 - 3483

July 31, 2007                          C07-3923 CW

RE: 42 U.S.C 1983   Don Samson, Plaintiff
                              V.
                         Lee A. Violett, Chief police
                         Alex Rohleder, Officer
                         Governors, Gray Davis &
                         Arnold Schwarzenegger,
                                        Defendants.

Dear, Clerk
        I Filed a Complaint July 4, 2007,
Enclosed Is A S.A.S.E For your Conveniance,
And Request that your Office Has Recieved
My New Change Of Address.
        The New Address Is As Noted Above
In the Left Upper Corner Of This Notice. Please
Confirm You Recieved the New Address.
        Thank You For Your Time And Pattents
In This Matter.

                    Sincerely, Mr. Samson