Don Samson K-80595
C.S.P - Solano, 21-W-4M
PO Box 4000
Vacaville, Ca. 95696-4000

CALIFORNIA STATE PRISON-SOLANO

SACRAMENTO CA 957
01 AUG 2007 PM 4 T

United States District Court
Northern District of California
U.S Courthouse (Clerk)
450 Golden Gate Avenue
San Francisco, Ca. 94102-3483

" CONFIDENTIAL "
LEGAL MAIL

