Don Samson K-80595
Solano State Prison
2100 Peabody Road
P.O. Box 4000
Vacaville, Ca. 95696

Clerk of the United States District Court
for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, Ca. 94102

RE: Donald Samson  C07-3923 CW
       vs.
Lee G. Violett., Chief Police
Alex Rohleder., Officer
Govenor's., Gray Davis & Arnold Schwarzenegger

RECEIVED
JUL 2 6 2007

July 23, 2007

Dear, Clerk

I filed a 42 U.S.C 1983 July 4, 2007, this notice, although no case number has been filed yet w/claim..... is to notify you regarding my change of address only. The new address is as follows;

    Don Samson K-80595
    Solano State Prison
    2100 Peabody Road
    P.O. Box 4000
    Vacaville, Ca. 95696

    Thank you.

               Sincerely, Mr. Samson