

H.D.S.P A1-136
PO Box 3030
Susanville, Ca. 96127-3030

Reno NV 895
STATE PRISON

Clerk of the United States District Court
For the Northern District of California
450 Golden Gate Avenue
P.O Box 36060
San Francisco, Ca. 94102

"CONFIDENTIAL LEGAL MAIL"