Don Samson K-80595
C.S.P - Solano 18-133-Low
P.O. Box 4000
Vacaville, Ca. 95696-4000


United States District Court
Northern District Of California
Attn: Court Clerk, Richard W. Wieking
450 Golden Gate Avenue
Box 36060
San Francisco, Ca. 94102

Re: C07 3923 CW

September 16, 2007

Dear, Mr. Richard W. Wieking

    I filed a 42 U.S.C 1983 complaint stamped and filed July 31, 2007. I had been transferred and was concerned whether or not you received my new change of address in addition to my prisoner's Application to proceed in Forma Pauperis along with my prison trust account activity report.

    I would like to request, and brought up to speed if whether or not the court has sent out the necessary forms in order for me to have the defendants served by U.S Marshals. The reason for asking is because during the course of my transfer I did not receive the necessary documents to have the parties served other than ECF Registration Information Handout Pamphlet and stamped complaint.

FILED
07 SEP 19 PM 4:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

As I am sure you are aware, I am incarcerated and do not have computer access to utilize the <u>E-FILING</u> system, so I cannot complete the requested information.

Enclosed is a change of address notice, due to a recent "<u>HOUSING</u>" change here <u>WITHIN</u> this facility.

Thank you for your time and patients in this matter, a self addressed stamped envelope is enclosed for your reply.

Sincerely, Mr. Sampson