

Don Sanson K-80595
C.S.P – Solano 18-133-Low
PO Box 4000
Vacaville, CA. 95696-4000

CALIFORNIA STATE PRISON-SOLANO

United States District Court
Northern District of California
Attn: Court Clerk, Richard W. Wieking
450 Golden Gate Avenue
Box 36060
San Francisco, CA. 94102

RECEIVED
07 SEP 19 PM 4:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA