1  DON SAMSON K-80595
2  C.S.P - SOLANO  18-133-Low
3  P.O Box 4000
4  VACAVILLE, CA. 95696-4000
5  Plaintiff / Petitioner / Appellant

**FILED**
SEP 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
SF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONALD SAMSON,
  Plaintiff / Petitioner / Appellant,
V.
LEE G. VIOLETT, CHIEF
ALEX ROHLEDER, OFFICER
GUVENUL'S; GRAY DAVIS;
ARNOLD SCHWARZENEGGER
  Defendant / Respondent / Appellee.

Case: C07 3923 CW (PR)

NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF THE ABOVE ENTITLED COURT:

NOTICE IS HEREBY GIVEN that the above named party has changed his address from that of record to the following:

DON SAMSON K-80595
C.S.P - SOLANO  18-133-Low
P.O Box 4000
VACAVILLE, CA. 95696-4000

Dated: SEPTEMBER 16, 2007

Plaintiff / Petitioner / Appellant