Don Samson K-80595
C.S.P Solano 18-133-L
P.O. Box 4000
Vacaville, Ca. 95696-4000

**FILED**
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Richard W. Wieking, Clerk
United States District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, Ca. 94612-5212

June 6, 2008

Re: Samson v. Lee Violett
Case No.# C07 3923 -CW

Dear, Mr. Wieking

I filed a 42 U.S.C 1983 on 7/31/07 that was assigned the above listed case number. Due to my lack of understanding regarding the procedural aspects of my filing, I did not serve the complaint on the opposing parties (defendants) in my case. It is now my understanding that I am required to do so. Will you please direct me as to how I should proceed in expediting this process. At this point, can I serve the defendant and then send the court confirmation that defendant has been served so my case can proceed.

Your assistance in this matter is much appreciated.

Sincerely,
Mr. Samson