Don Samson K. 80595
C.S.P Solano 18-133-L
P.O Box 4000
Vacaville, Ca. 95696-4000

SACRAMENTO CA 957
09 JUN 2008 PM 5 T
CALIFORNIA STATE PRISON-SOLANO

"CONFIDENTIAL
LEGAL MAIL"
94612+52125

Richard W. Weeking, Clerk
United States District Court
District of California
1301 Clay St., Suite 400S
Oakland, Ca. 94012-5212

USA FIRSTCLASS FOREVER