Don Samson CTR. #5
720 South B St.
San Mateo, Ca.
94401



**FILED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Richard W. Wieking [Clerk]
United States District Court
Northern District Of California
1301 Clay St., Suite 400s
Oakland, Ca. 94612-5212

NC

Re: Samson v. Violett et. al. CV07-03923 CW

July, 20, 2008

Dear, Mr. Wieking

Effective on the date of this notice, I am informing the Court above, notice, and change of address to:

Don Samson CTR. #5
720 South B St.
San Mateo, Ca. 94401

Thank you for your time and patients.

Sincerely,
Mr. Samson

CC: File