DON SAMSON CTR. #5
720 SOUTH B ST.
SAN MATEO, CA. 94401

SAN FRANCISCO CA 941
24 JUL 2008 PM 8 L

RICHARD W. WIEKING [CLERK]
UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA. 94612-5212

Case 4:07-cv-03923-CW    Document 9-2    Filed 07/25/2008    Page 2 of 2