Don Samson CTR. #5
720 South B St.
San Mateo, Ca.
94401

Richard W. Wieking [Clerk]
United States District Court
Northern District Of California
1301 Clay St., Suite 400S
Oakland, Ca. 94612-5212        C07-3923-CW

RE: Samson V. Violett et. al.

July 24, 2008

Dear, Mr. Wieking
    I filed a 42 U.S.C 1983 on 7·31·07 that was assigned the above listed case number.
    In early June of 2008 I sent you a letter regarding the procedural aspects of my filing, due to my lack of understanding, and service of complaint on the opposing parties (defendants) in my case.
    I requested assistance in directing me as to how I should proceed in expediting my process in this matter, due to the result of exceeding the required 120-day limit. Unfortunately, I still have not received any instructions regarding the request of procedural assistance back in early June of 2008.

FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Now having mentioned that and with regards to my recent learning and understanding of service, it is my understanding of it that the complaint requires an attached summons of the named defendants listed in the complaint.

Also, in addition I am learning that each district courts, procedures, differ with regards to filing the complaint, and summons along with the US Marshall form for service.

I will request the court to please properly instruct me as to the procedure in filing the complaint, summons, and U.S Marshall form for service as I am uncertain as to how this particular courts procedure apply/s.

Please send me the necessary U.S Marshall service forms. I will upon filling out the service form return, along with it, the summons in order to complete my complaint and begin the process.

With regards to my previous letter (most recent) please instruct me due to my lack of understanding and late service on opposing party (defendants) in my case as I am still waiting for your reply sir. I thank you for your time and patients.

Sincerely, [signature]

Mr. Samson, Don

CC: FILE