Don Samson CTR. #5
720 South B St.
San Mateo, Ca. 94401

SAN FRANCISCO CA 941
29 JUL 2008 PM 5 T

Richard W. Weekens,
United States District Court of the Northern District
of California
1301 Clay St., Suite 400S
Oakland, Ca. 94612-5212

946125212

